IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELIPE PRIAST** *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **GENENTECH, INC.** | : | NO. 17-571 |

**O R D E R**

**AND NOW,** this 26th day of July, 2022, it is hereby **ORDERED** that this case is dismissed without prejudice for lack of prosecution. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

_____
**Berle M. Schiller, J.**